FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JUL 20 AM 11: 33

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

JAMES WILLIAM BROWN,　　　)
　　　　　　　　　　　　　　)
　　　　Movant,　　　　　　)
　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　 )　　Case No. CV411-245
　　　　　　　　　　　　　　)　　　　　　CR408-007
UNITED STATES OF AMERICA,　)
　　　　　　　　　　　　　　)
　　　　Respondent.　　　　)

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed. Accordingly, the Report and Recommendation of

the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 20 day of ⎯July⎯, 2012.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA